37 So.2d 433

**ALLEN v. STATE.**

4 Div. 82.

Court of Appeals of Alabama.

Nov. 9, 1948.

As Modified Dec. 7, 1948.

No attorney marked for appellant.

A. A. Carmichael, Atty. Gen., for the
State.

BRICKEN, Presiding Judge.

The former opinion in this case, already
promulgated, is withdrawn and held for
naught. The judgment of conviction as
originally appeared in the record contained
a clerical misprision, by the clerk of the
court, and as there appeared the defendant
was sentenced, upon conviction, to the peni-
tentiary for one year. A corrected judg-
ment of conviction has now been filed,
wherein it appears that the term of impris-
onment was for one year and a day, hence
the action of the court in this connection is
affirmed.

Affirmed.